AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| GESABEL LOPEZ ROJAS, individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:25-cv-01413-RER-JAM |
| PIAXTLA ES MEXICO DELI INC. (D/B/A RICOS TACOS), JOSEFINA FORTOSO A.K.A JOSEFINA SIERRA, and PEDRO FORTOSO, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Catalina Sojo
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/13/2025

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
GESABEL LOPEZ ROJAS, individually and on behalf of others similarly situated,

*Plaintiffs,*

-against-

PIAXTLA ES MEXICO DELI INC. (D/B/A RICOS TACOS), JOSEFINA FORTOSO A.K.A JOSEFINA SIERRA, and PEDRO FORTOSO,

*Defendants.*

-------------------------------------------------------X

**Index No.**

**RIDER TO REQUEST FOR SUMMONS**

PIAXTLA ES MEXICO DELI INC.
(d/b/a Ricos Tacos)
505 51st St
Brooklyn, NY 11220

Josefina Fortoso a.k.a Josefina Sierra
505 51st St Apt 2R
Brooklyn, NY 11220-2013

Pedro Fortoso
607 55th St Apt 2E
Brooklyn, NY 11220-3143